**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                              Chapter 13

                              Bankruptcy No. 20-10770-AMC

VERNICE T CLAYTON
FORREST I. WILLIAMS
29 E STRATFORD AVENUE

LANSDOWNE, PA 19050-

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    VERNICE T CLAYTON
    FORREST I. WILLIAMS
    29 E STRATFORD AVENUE

    LANSDOWNE, PA 19050-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 6/24/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee