IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Vernice T Clayton           )   Chapter 13
         Forrest I Williams          )
            Debtors                  )   No. 20-10770-AMC
                                     )
                                     )

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Determine Value of Property and respectfully requests that the Order attached to the Motion be approved.


                                      /s/David M. Offen
                                      David M. Offen
                                      Attorney for Debtor(s)

Date: 8/27/20