```
           IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

   IN RE:                  : CHAPTER 13
                           :
   Vernice T. Clayton      : No. 20-10770-AMC
   Forrest I. Williams     :
      Debtors              :
```

O R D E R

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Determine Valuation of Secured Debt of American Credit Acceptance, it is hereby

ORDERED and DECREED that the Motion is GRANTED and Creditor, American Credit Acceptance's Proof of Claim 3-1 is disallowed in the amount of $18,366.01, but is allowed as a secured claim in the amount of $8,774.00 with interest at 6%.

**Date: September 15, 2020**          _____
                                       HONORABLE ASHELY M. CHAN
                                       UNITED STATES BANKRUPTCY JUDGE