United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Vernice T Clayton  
Forrest I. Williams  
    Debtors

Case No. 20-10770-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Sep 16, 2020  
                  Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2020.
db/jdb     +Vernice T Clayton,  Forrest I. Williams,  29 E Stratford Avenue,  Lansdowne, PA 19050-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg     E-mail/Text: megan.harper@phila.gov Sep 17 2020 05:27:17  City of Philadelphia,
     City of Philadelphia Law Dept.,  Tax Unit/Bankruptcy Dept,  1515 Arch Street 15th Floor,
     Philadelphia, PA 19102-1595
smg     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2020 05:26:33
     Pennsylvania Department of Revenue,  Bankruptcy Division,  P.O. Box 280946,
     Harrisburg, PA 17128-0946
smg     +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2020 05:27:15  U.S. Attorney Office,
     c/o Virginia Powel, Esq.,  Room 1250,  615 Chestnut Street,  Philadelphia, PA 19106-4404
                                                                      TOTAL: 3

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2020 at the address(es) listed below:
       DAVID M. OFFEN  on behalf of Debtor Vernice T Clayton dmo160west@gmail.com,
        davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
       DAVID M. OFFEN  on behalf of Joint Debtor Forrest I. Williams dmo160west@gmail.com,
        davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
       REBECCA ANN SOLARZ  on behalf of Creditor  Pennsylvania Housing Finance Agency
        bkgroup@kmllawgroup.com
       United States Trustee  USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.  on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
        philaecf@gmail.com
       WILLIAM C. MILLER, Esq.  ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                           TOTAL: 6

```
            IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE:                : CHAPTER 13
                           :
     Vernice T. Clayton    : No. 20-10770-AMC
     Forrest I. Williams   :
          Debtors          :
```

O R D E R

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Determine Valuation of Secured Debt of American Credit Acceptance, it is hereby

ORDERED and DECREED that the Motion is GRANTED and Creditor, American Credit Acceptance's Proof of Claim 3-1 is disallowed in the amount of $18,366.01, but is allowed as a secured claim in the amount of $8,774.00 with interest at 6%.

**Date: September 15, 2020**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE