# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Forrest I. Clayton<br>Vernice T. Clayton<br>               Debtors | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns<br>               Movant<br>vs. | NO. 20-10770 AMC |
| Forrest I. Clayton<br>Vernice T. Clayton<br>               Debtors | 11 U.S.C. Section 362 |
| William C. Miller, Esquire<br>               Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about April 17, 2020 (Document No. 14).

                                                                        Respectfully submitted,

                                                                    **/s/ Rebecca A. Solarz, Esquire**
                                                                    Rebecca A. Solarz, Esquire
                                                                    KML Law Group, P.C.
                                                                    BNY Mellon Independence Center
                                                                    701 Market Street, Suite 5000
                                                                    Philadelphia, PA  19106
                                                                    215-627-1322

September 24, 2020