IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Vernice T Clayton      )    Chapter 13
         Forrest I Williams     )
                                )    20-10770-AMC
            Debtors             )
                                )

**CERTIFICATION OF NO OBJECTION TO APPLICATION FOR
APPROVAL OF COUNSEL FEES**

I, David M. Offen, Attorney for the above named debtors hereby certify that I have received no objection or response to the Application for Approval of Counsel Fees and respectfully request that the Order attached to the Application be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtors