# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-10770-AMC

VERNICE T CLAYTON
FORREST I. WILLIAMS
29 E STRATFORD AVENUE

LANSDOWNE, PA 19050-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    VERNICE T CLAYTON
    FORREST I. WILLIAMS
    29 E STRATFORD AVENUE

    LANSDOWNE, PA 19050-

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

    /S/ William C. Miller

Date: 3/2/2021      _____

    William C. Miller, Esquire
    Chapter 13 Standing Trustee